(No. 6097

WALKER LUMBER AND CONSTRUCTION, INC., Claimant, *vs.* STATE OF ILLINOIS, DIVISION OF HIGHWAYS, Respondent.

*Opinion filed January 11, 1972.*

WALKER LUMBER AND CONSTRUCTION, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.